THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SOLOMON C. SUGARMAN, Appellant.

(Submitted October 15, 1928; decided October 23, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 248 N. Y. 255.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN S. SUMNER et al., Defendants.

S. REID SPENCER, Appellant.

(Submitted October 15, 1928; decided October 23, 1928.)

*Joab H. Banton, District Attorney (John C. McDermott* of counsel), for motion.

*S. Reid Spencer* in person, opposed.

Motion granted and appeal dismissed.